**No. 47583.—**—Protest 989463–G of Schenley Import Corp. Motion of Government for rehearing denied.

SEPTEMBER 18, 1942

**No. 47584.—**—Protests 82981–K, etc., of Pearce & Friedman, Inc., et al. Plaintiffs' application for rehearing granted.

BEFORE THE SECOND DIVISION, SEPTEMBER 23, 1942

**No. 47585.—**Protests 71223–K, etc., of John Zimmerman Co. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of hemp knotted straw hats, not blocked or trimmed, and not bleached, dyed, colored, or stained. In accordance therewith the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to certain of the items.

**No. 47586.—**Protests 39616–K, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the items consist of knotted hemp hats, not blocked or trimmed, and not bleached, dyed, colored, or stained, the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to those items.

**No. 47587.—**Protests 50663–K, etc., of G. Hirsch Sons, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the items consist of woven fabrics wholly or in chief value of one or more of the materials provided for in paragraph 385 and are similar in all material respects to merchandise involved in *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459) the claim at 40 percent under paragraph 385 and T. D. 48316 was sustained as to those items.

**No. 47588.—**Protests 972777–G, etc., of Gemsco, Inc. (New York):

Opinion by TILSON, J. In accordance with stipulation of counsel that certain items of the merchandise in question consist of woven fabrics similar in all material respects to that the subject of *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459) the claim at 40 percent under paragraph 385 and T. D. 48316 was sustained as to those items.

**No. 47589.—**Protests 86227–K, etc., of James McCutcheon & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the woven silk mufflers in question are similar to those involved in Abstract 44055 the claim at 60 percent under paragraph 1209 was sustained.